## STATEMENT OF FACTS

On September 8, 2022, an FBI Washington Field Office ("WFO") Task Force Officer was acting in an undercover ("UC") capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC initiated a KIK chat conversation with an individual who, based on information provided by an FBI agent in another jurisdiction, was in a KIK group offering up his 5 and 7-year-old daughters for sex with members in the group.

During the course of the chat, this individual, subsequently identified as Justin Snowden (the "Defendant") stated he has two daughters, ages 5 and 7. The Defendant stated that he sexually abuses his two daughters by placing his mouth on the little girls' vaginas while they are awake. The following is a portion of the conversation between the UC and the Defendant:

UC: How far have u been able to go and do you play while asleep or awake?

Defendant: Awake and just eating there pussys. Can I see a pic of your.

The UC sent the Defendant two images of his purported daughter.[1] The Defendant later asked the UC, "you got nudes of your?" The Defendant sent a picture of a little girl's face, who he claimed was his daughter, with a dark substance on the child's face.   He told the UC that it was a "tribute" pic of his daughter.  Later in the chat, the Defendant sent another image of a child who he claimed to be his daughter. The image depicts a nude toddler, lying on her back with her legs spread. A male hand can be seen in the photograph, placing a purple, adult sex toy on the child's bare vagina. The UC asked the Defendant if he could take a live picture of the purple adult sex toy, for the purpose of confirming that the image was produced by the Defendant.  The Defendant informed the UC that he was at work, but he could do it when he got home.

During the course of the chat, the Defendant asked the UC for additional images of his purported 8 -year-old daughter asking, "can I see her little pussy." The Defendant then sent the UC a video, which depicts an adult male ejaculating on the bare vagina of a prepubescent child. The child appears to be between the ages of 5 and 8 years old.  The Defendant also informed the UC that he resides in Baltimore, and that he has a girlfriend who is not aware that he sexually abuses his children.

On September 8, 2022, an emergency disclosure form was submitted to Kik, c/o Medialab.ai, requesting subscriber information associated with the Defendant's username: twisted_fish410. Information provided by Kik included the email address justinlsnow1989@gmail.com, which is listed as the registration email account for the KIK user that distributed the child sex abuse images to the UC as described above.  KIK also provided IP logs spanning between August 17, 2022 and September 7, 2022. Examination of the IP logs revealed consistent mobile IP addresses that were associated with the cellular provider T-Mobile.

---

[1] These images did not depict a real child.

An emergency disclosure request was submitted to Google, requesting subscriber and physical service address information associated with the email address justinlsnow1989@gmail.com (the email that was used to register the KIK account that distributed child pornography to the UC) between August 1, 2021 and September 8, 2022. Information provided by Google included IP logs spanning between December 7, 2021 and September 5, 2022. Examination of the IP logs yielded a Comcast IP address, 2601:14c:4281:9420:751b:7f88:c755:6b76 which was used to log into the account on May 21, 2022 at 23:46:42 Z.

An emergency disclosure request was submitted to Comcast, requesting subscriber and physical service address information associated with IP address 2601:14c:4281:9420:751b:7f88:c755:6b76 on May 21, 2022 at 23:46:42 Z.  Information provided by Comcast included a subscriber name (not the Defendant's name) and the service address 8XXX Forest Glenn Drive, Pasadena, MD 21122.  The individual listed as the subscriber for this Comcast account is associated with the Defendant, and there is reason to believe that she may be his parent and/or guardian.  By running this address through a pay to use, opensource database search, using a tool that is commonly used by law enforcement because it has proved to provide accurate and reliable information, law enforcement learned that both the subscriber to the Comcast account and the Defendant have been previously linked to this address. Additionally, law enforcement found police reports relating to the Defendant, which list this address as the Defendant's address.   Law enforcement observed that the Defendant's DOB: 12/XX/1989, as well as his name, are consistent with the email address used to register the KIK account that distributed child sex abuse material to the UC:  justinlsnow1989@gmail.com.

Law enforcement searched Facebook, using the name Justin Snowden.  This account contained a photo of the Defendant, which matched a DMV photo depicting the Defendant that law enforcement obtained.  The Defendant's public Facebook account led to the identification of an adult female, who is Facebook friends with the Defendant, and who has commented/liked the Defendant's post.  Law enforcement reviewed this adult female's publicly available Facebook account, and observed photos of children who appeared to be the same children as those depicted in the non-explicit images that the Defendant sent to the UC.  The non-explicit images the Defendant sent to the UC were not visible on this adult female's publicly available Facebook page.

Law enforcement also ran this email address through the same databases referenced above, and learned that it is associated with an Instagram account.  As a result of that search, law enforcement also submitted an emergency disclosure request to Meta for any Instagram accounts associated with the justinlsnow1989@gmal.com account.  Records provided by Meta included a verified phone number which was associated with this Instagram account.  This phone number was 667-XXX-7848.  Law enforcement learned that this number was registered to T-Mobile.  A subpoena was sent to T-Mobile for information associated with this phone number.  While no subscriber information was provided in the information sent by T-Mobile, call logs were provided.

A review of the above-mentioned T-mobile call logs, and a search of open source and law enforcement databases commonly used by law enforcement, due to the reliability of the information they provide, indicated that the T-mobile number, associated with the

justinlsnow1989@gmail.com and the Instagram account, mentioned above, contacted a number associated with the adult female in the above-mentioned Facebook profile over 500 times in the last month.

On September 13, 2022, your affiant learned that the Defendant is currently residing at a residential treatment center in Crownsville, Maryland. The Defendant was placed in this facility by an Anne Arundel County Circuit Judge, on June 11, 2022, and is currently on probation for 5 years as a result of a 3rd Degree Burglary conviction.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Justin Snowden committed the following offenses:  the Distribution of Child Pornography and the Attempted Receipt of Child Pornography, in violation of 18 U.S.C. §§ 225(a)(2) and (b)(1), on or about September 8, 2022.

Respectfully submitted,

Timothy Palchak, Detective
Metropolitan Police Department
Youth and Family Services Division

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of September 2022.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE