

**EXTERNAL SENDER**

To whom it may concern,

   I Karen Kingsborough, Justin Snowdens mom. Just want to quickly say how much I love my son and how big of a heart he has. But Justin's problem is drug addiction and he really needs a good rehabilitation center. Not one of the 10 day, 30 day or 90 day. Doesn't help with working on the addicts inner self and outer self while working on their addition. If you could please take into consideration if a place he can go to work on himself as well as the addiction as his mother I am would greatly appreciate it. Thank you for taking the time out to read my email and allowing me to show how I feel within. Just wanting Justin to know how much I love him and want him to get better...

Many thanks
Karen Kingsborough


show the love

Your Honor,

Today I am writing you on behalf of Justin Snowden. Mr. Snowden has been a part of my life for quite some time and he is an amazing person. He has a rocky past but he has been working to better himself and make himself a great member of society. He has a huge heart and would do anything to for anyone. He is a very bright individual and has a bright future ahead of him. I would like for you to take these things into consideration as you make your decision.

Thank you

Aryn Woolwine